# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2006

Clifford W. Taylor,
Chief Justice

130224

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JANET R. HOOL, Personal Representative of
the Estate of Gary E. Hool, Deceased,
       Plaintiff-Appellant,

v

SC: 130224
COA: 255371
Saginaw CC: 02-042609-NO

WILLIAM A. KIBBE & ASSOCIATES, INC.,
       Defendant, Third-Party
       Plaintiff-Appellee,
and

DARWIN EAGLE,
       Defendant-Appellee,
and

GENERAL MOTORS CORPORATION,
       Third-Party Defendant.

_____/

      On order of the Court, the application for leave to appeal the November 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2006

_____
Clerk

t0531